## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12 B 81963 |
| | ) | Chapter 7 |
| Miriam L. Moy, | ) | Hon. Judge Thomas M. Lynch |
| | ) | Hearing Date: Mon., Sept. 26, 2016 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

### NOTICE OF MOTION

To:  See Attached Service List

PLEASE TAKE NOTICE that on Monday, September 26, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in his stead, in courtroom 3100 of the United States Courthouse, located at 327 South Church Street, in Rockford, Illinois, and present MCHENRY SAVINGS BANK'S MOTION TO REOPEN CHAPTER 7 CASE, a copy of which is attached hereto and is hereby served upon you.

Dated:  September 19, 2016

MCHENRY SAVINGS BANK

By: /s/  William S. Hackney
One of its Attorneys

William S. Hackney, ARDC No. 06256042
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois  60601-7524
Telephone:  312.894.3200
whackney@salawus.com

**CERTIFICATE OF SERVICE**

I, William S. Hackney, an attorney, hereby certify that I caused true and correct copies of the attached **NOTICE OF MOTION** and **MCHENRY SAVINGS BANK'S MOTION TO REOPEN CHAPTER 7 CASE** to be served on all parties listed on the attached service list via the Bankruptcy Court for the Northern District of Illinois' CM/ECF system, or via Federal Express, as indicated, on this the 19th day of September, 2016.

_/s/ William S. Hackney_

## SERVICE LIST

***Via Federal Express***

Miriam Moy
8220 Crystal Springs Road
Woodstock, IL  60098

***Via ECF:***

Diane Brazen Gordon
diane@brazengordon.com

Jeffrey K. Gutman
jeffreykg4018@aol.com

Ean L Kryska
ean.kryska@abm.com

Joseph D Olsen
Jolsenlaw@comcast.net
jolsenlaw@aol.com

Tiffany Rodriguez
trodriguez@bslbv.com

Craig A Willette
craigwillette@comcast.net

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12 B 81963 |
| | ) | Chapter 7 |
| Miriam L. Moy, | ) | Hon. Judge Thomas M. Lynch |
| | ) | Hearing Date:  Mon., Sept. 26, 2016 |
| Debtor. | ) | Hearing Time:  9:30 a.m. |

### MCHENRY SAVINGS BANK'S MOTION TO REOPEN CHAPTER 7 CASE

Now comes McHenry Savings Bank ("McHenry Savings"), by and through its attorneys, and moves this Court to reopen the above-captioned bankruptcy case pursuant to Section 350(b) of title 11 of the United States Code [11 U.S.C. §§101, *et seq.*](the "Bankruptcy Code") and Fed.R.Bankr.P. 5010, so that it may modify the discharge injunction and proceed with collection against Miriam L. Moy (the "Debtor") for post-petition attorneys' fees incurred by McHenry Savings.  In support of this motion, McHenry Savings respectfully states as follows:

### INTRODUCTION

1.    McHenry Savings has filed this Motion for the purpose of re-opening the above-captioned case so that it may present the attached McHenry Savings' Motion to Modify Discharge Injunction (the "Motion to Modify"), attached hereto as Exhibit A.    The aforementioned Motion to Modify was filed and served previously.

2.    As explained more fully in the Motion to Modify, McHenry Savings seeks to modify the discharge injunction to enable it to proceed with collection against the Debtor for post-petition attorneys' fees incurred by McHenry Savings arising out of its defense of that certain Counterclaim pursued by the Debtor against McHenry Savings.

4

## ARGUMENT

3.     McHenry Savings respectfully requests that this Court reopen this case pursuant to Section 350(b) of the Bankruptcy Code and Fed.R.Bankr.P. 5010.   Section 350(b) of the Bankruptcy Code provides that "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."   The phrase "other cause" is not defined in the context of §350(b) of the Bankruptcy Code.

4.     However, courts generally have broad discretion in determining whether to reopen a case for "other cause", and will only be reversed for an abuse of discretion in that determination.   *In re:  Gladys E. Shondel*, 950 F.2d 1301, 1304 (7th Cir. 1991).   Furthermore, with respect to Section 350(b), the "the bankruptcy court should exercise its equitable powers with respect to substance and not technical considerations that will prevent substantial justice."   *Id.* citing *In re:  Stark*, 717 F.2d 322, 323 (7th Cir. 1983) (per curiam).

5.     As discussed more fully in the attached Motion to Modify, after the Debtor received her discharge and had her bankruptcy case closed, the Debtor proceeded to prosecute that certain Counterclaim (as that term is defined in the Motion to Modify) against McHenry Savings in the Foreclosure Action (as that term is defined in the Motion to Modify).   The Foreclosure Action and the Counterclaim were both pending at the time the involuntary bankruptcy case was filed against the Debtor.

6.     The Court in the Foreclosure Action has recently entered an Opinion and Order finding, among other things, against the Debtor on the claims comprising the Counterclaim against McHenry Savings.   McHenry Savings believes it is therefore entitled to collect from the Debtor the amount of post-petition attorneys' fees that it incurred defending the Counterclaim in the Foreclosure Action (the "Non-Discharged Attorneys' Fees").

7.      Before McHenry Savings submits the Non-Discharged Attorneys' Fees for inclusion in its ultimate judgment in the Foreclosure Action, McHenry Savings believes it must seek from this Court a modification of the discharge injunction.  Thus, under §305(b), "cause" exists in this case to reopen this case for the limited purposes of adjudicating McHenry Savings' Motion to Modify.

**WHEREFORE**, McHenry Savings Bank respectfully requests that this Court grant the relief requested herein and reopen the above-captioned matter to allow it to present the attached McHenry Savings Bank's Motion to Modify Discharge Injunction, and for such other and further relief as this Court deems just and appropriate.

Dated:  September 19, 2016

McHENRY SAVINGS BANK

By: /s/  William S. Hackney
One of its Attorneys

William S. Hackney, ARDC No. 06256042
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois  60601-7524
Telephone:  312.894.3200
whackney@salawus.com